FILED
2012 Feb-03  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No: CR 11-S-286-M** |
| | ) | |
| **CARNOVSKY ARMOND BENTLEY** | ) | |

## ORDER

This case is before the court on defendant's Motion to Suppress (doc. no. 7). Magistrate Judge Harwell G. Davis, III conducted an evidentiary hearing on October 19, 2011 and entered his Report and Recommendation on November 1, 2011 (doc. no. 10). The defendant filed objections to the report and recommendation (doc. no. 11) and the government filed a response thereto (doc. no. 12).

Upon consideration of the entire file, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendation. Accordingly, the motion to suppress is DENIED.

DONE and ORDERED this 3rd day of February, 2012.

_____
United States District Judge